458 A.2d 267

Dezarn, et ux., Appellants v. American Hosp. Supply, et al.

Argued November 8, 1982. Daniel Berger, for appellants; Thomas J. Lowery, for Amer. Hosp., appellee; James Arthur Wood, for Geosette Langenheim, appellee; Mary Drake Korsmeyer, for Monongahela Valley, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order affirmed.